UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ANGEL ADRIAN YAMBA LATA and JAIRO DANILO
CHUQUITARCO CHICAIZA, individually and on behalf of
all others similarly situated,

                              Plaintiffs,

    -against-

LIVE CONSTRUCTION CORP. and ANTHONY LOPEZ,
as an individual,

                              Defendants.
----------------------------------------------------------------------X

**CERTIFICATE OF DEFAULT**

Civil Docket No.:
1:24-cv-05981-CLP

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants, <u>LIVE CONSTRUCTION CORP. and ANTHONY LOPEZ, as an individual</u>, have not filed an answer or otherwise moved with respect to the Complaint herein.  The default of Defendants, <u>LIVE CONSTRUCTION CORP. and ANTHONY LOPEZ, as an individual</u>, are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
            January 17, 2025

                                        BRENNA B. MAHONEY, Clerk of Court

                              By:  *Jalitza Poveda*
                                        Deputy Clerk