UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGEL ADRIAN YAMBA LATA and JAIRO
DANILO CHUQUITARCO CHICAIZA on
behalf of each individually and all others
similarly situated,

                        Plaintiffs,

    -against-

LIVE CONSTRUCTION CORP. and ANTHONY
LOPEZ, as an individual,

                       Defendants.
------------------------------------------------------------X

**ORDER ADOPTING
REPORT & RECOMMENDATION**

24-CV-5981 (RER) (CLP)

**RAMÓN E. REYES, JR., District Judge:**

In a report and recommendation dated September 18, 2025, (ECF No. 26, the "R&R"), Magistrate Judge Cheryl Pollak recommended that the Court grant Plaintiffs' motion for default judgment. (*Id.*) Judge Pollak advised the parties that they must file objections to the R&R by September 30, 2025. (*Id.*) The R&R was served via U.S.P.S. First-Class Mailing on September 18, 2025, on the corporate defendant at its last known business address and on the individual defendant at his last known residential address and the corporate defendant's last known business address. (ECF. No. 27). To date, no party has filed an objection to the R&R.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is

ORDERED that the R&R is adopted in its entirety. The Clerk of Court is directed

to enter judgment in favor of plaintiffs Angel Adrian Yamba Lata and Jairo Danilo Chuquitarco Chicaiza as detailed in the R&R, and to close this case.

SO ORDERED.

Hon. Ramón E. Reyes, Jr.
Digitally signed by Hon. Ramón E. Reyes, Jr.
Date: 2025.09.30 11:16:42 -04'00'

_____

RAMÓN E. REYES, JR.
United States District Judge

Dated: September 30, 2025
         Brooklyn, New York

2